```
                   IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF GEORGIA
                           COLUMBUS DIVISION


WILLIE LEE TELLS,                   *

        Plaintiff                   *

vs.                                 *
                                          CASE NO. 4:05-CV-24 (CDL)
EDDIE SULLIVAN,                     *     42 U.S.C. § 1983

        Defendant.                  *

                                    *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 14, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 27th day of February, 2006.

                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE